_____ FILED          _____ ENTERED
_____ LODGED       _____ RECEIVED

**AUG  4  2000**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                              DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GEORGE P. HICKEY, | No. C00-0481L |
| Plaintiff, | |
| v. | ORDER OF REFERENCE |
| CITY OF SEATTLE, *et al.*, | |
| Defendants. | |

The Ministerial Conference of the World Trade Organization ("WTO") was held in Seattle, Washington from November 30, 1999 through December 3, 1999. During that time, thousands of people participated in demonstrations protesting WTO policies. This case is one of many arising from events surrounding the WTO conference.

To promote efficiency and consistency, the active judges of the Western District of Washington have decided to refer all pretrial matters for these "WTO cases" to the Honorable Barbara Jacobs Rothstein, United States District Judge. Judge Rothstein shall have the power to set and to amend all pretrial and trial schedules, and to rule upon any and all pretrial matters, including, without limitation, dispositive motions and motions for reconsideration. All future pleadings in this matter shall bear the following cause number and designation:

**C00-481L (BJR)**
**WTO Proceeding**

The name of the presiding judge, Judge Lasnik, will remain in the upper-right corner of the first page of all pleadings.

ORDER OF REFERENCE

1

2

3

DATED this 3rd day of August 2000.

4

5

_MWSLasnik_

6

Robert S. Lasnik
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF REFERENCE                                          -2-